152 So. 259

### STATE SAVINGS & LOAN CO. v. STATE MORTGAGE CO.
### 6 Div. 491.

Supreme Court of Alabama.
Jan. 18, 1934.

J. Chandler Burton, of Birmingham, for petitioner.

Basil A. Wood, of Birmingham, opposed.

KNIGHT, Justice.

Petition of the State Mortgage Company for certiorari to the Court of Appeals to review and revise the opinion and judgment of that court in State Savings & Loan Co. v. State Mortgage Co., 152 So. 257.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.